Opinion issued March 1, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00937-CV

____________


GEORGE ISAACS, M.D., Appellant


V.


WILLIMAM F. HUEBOTTER, Appellee






On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2006-03565






MEMORANDUM OPINION

 Appellant, George Isaacs, M.D., has filed a motion to dismiss his appeal. More
than 10 days have elapsed, and no objection has been filed. No opinion has issued. 
Accordingly, we grant the motion to dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

We overrule all other pending motions as moot and direct the Clerk to issue mandate
within 10 days of the date of this opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.